**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

In Re:   *ARTHUR E. MANNING*                                   Case No.:   *05-08371-8-RDD*
         *RUTH A. MANNING*

REPORT OF UNCLAIMED DIVIDEND

   The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *HYDE COUNTY TAX COLLECTOR*<br>*PO BOX 279*<br>*CHAPTER 13 RECOVERY*<br>*SWAN QUARTER, NC 27885-0000* | $17.90 |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

   WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.


   DATED:  August 31, 2010


                                              /S/ RICHARD M. STEARNS
                                              RICHARD M. STEARNS
                                              Chapter 13 Trustee
                                              Post Office Box 2218
                                              Kinston, North Carolina 28502
                                              Phone:  (252) 523-2295